United States Court of Appeals
For the Eighth Circuit

_____

No. 20-3210
_____

Crystal Watson

*Plaintiff - Appellant*

v.

Century Management LLC; Century Management Inc., doing business as McDonald's

*Defendants - Appellees*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Northern
_____

Submitted: June 30, 2021
Filed: July 6, 2021
[Unpublished]
_____

Before ERICKSON, MELLOY, and STRAS, Circuit Judges.
_____

PER CURIAM.

Crystal Watson appeals the district court's[1] adverse grant of summary judgment in this employment action. After careful review of the record and the parties'

_____

[1]The Honorable Lee P. Rudofsky, United States District Judge for the Eastern District of Arkansas.

arguments on appeal, we find no basis for reversal.  See Banks v. John Deere & Co., 829 F.3d 661, 665 (8th Cir. 2016) (standard of review).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____